# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-mj-293 |
| DAQUAN JOSEPH TEAMER, BRYANNA MESSIAH WILLIAMS, IGE MOJE WILSON | ) ) ) ) | **UNDER SEAL** |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 27, 2021__ in the city/county of __Ashburn/ Loudon County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §924(a)(1)(A) and 2 | Knowingly making a false statement in relation to the purchase of a firearm. |
| 18 U.S.C.§ 922(a)(5) and 2 | Transfer of firearm to another person without license. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

AUSA Ronald L. Walutes, Jr.
*Printed name and title*

*Bernard E. Mensah*
*Complainant's signature*

Bernard Mensah, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 08/24/2021 1pm

*Judge's signature*

City and state: Alexandria, Virginia

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*